# United States District Court

## Southern District of Georgia

Laura Lee Tabakian  
_____  
Plaintiff

v.

The Lincoln National Life  
Insurance Company  
_____  
Defendant

Case No. _____4:19-cv-73_____

Appearing on behalf of

_____The Lincoln National Life Insurance Com_____  
(Plaintiff/Defendant)

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of July , 2020.

_____  
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Scott K. Pomeroy

Business Address: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
Firm/Business Name

One Boston Place  
Street Address

Suite 3500 | Boston | MA | 02108  
Street Address (con't) | City | State | Zip

_____  
Mailing Address (if other than street address)

Address Line 2 | City | State | Zip

207-387-2961 | 583296  
Telephone Number (w/ area code) | Georgia Bar Number

Email Address: scott.pomeroy@ogletree.com