AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LAURA LEE TABAKIAN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-73

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated March 26, 2021, the Court GRANTS Defendants The Lincoln National Life Insurance Company's motion for summary judgment and DENIES Plaintiff Laura Lee Tabakian's motion for summary judgment. Judgment is entered in favor of Defendant The Lincoln National Life Insurance Company and against Plaintiff Laura Lee Tabakian. This case stands closed.

Approved by: _____

March 30, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03